# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

PAUL NEWPORT                                                                                    PLAINTIFF(S)

VS.                                  Case No. 4:15CV00378  SWW

ROGERS GROUP, INC., ET AL                                                       DEFENDANT(S)

## **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 29th day of June 2015.

> AT THE DIRECTION OF THE COURT
> JAMES W. McCORMACK, CLERK
>
> BY:  /s/ Cecilia Norwood
>        Courtroom Deputy to
>        U.S. District Judge Susan Webber Wright